IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION



| | |
|---|---|
| RICHARD N. FRAME, | CV 17–53–H–DLC–JTJ |
| Plaintiff, | |
| vs. | ORDER |
| VOZEH, INC., | |
| Defendant. | |

Before the Court is the parties' joint Stipulation for Dismissal with Prejudice (Doc. 21) which the Court will treat as a joint motion to dismiss with prejudice. In light of the parties' agreement,

IT IS ORDERED that the parties' Stipulation for Dismissal with Prejudice (Doc. 21) is GRANTED and this matter is DISMISSED WITH PREJUDICE.

DATED this 8th day of February, 2018.

Dana L. Christensen, Chief District Judge
United States District Court